UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**WILLIE PRICE, JR.**                               **CIVIL ACTION**

**VERSUS**                                          **NO. 11-2359**

**STATE OF LOUISIANA**                              **SECTION: "C" (6)**

**O R D E R**

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections filed by petitioner Price to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. It is noted that even though the petitioner styled his response as "Objections," that he in fact concurs and requests the opportunity to exhaust his state court remedies.

Accordingly,

**IT IS ORDERED** that petitioner's federal habeas petition filed pursuant to 28 U.S.C. §2254 is hereby **DISMISSED WITHOUT PREJUDICE for failure to exhaust state court remedies.**

New Orleans, Louisiana, this 30th day of December, 2011.

**UNITED STATES DISTRICT JUDGE**